# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2025

## NO. 03-25-00214-CV

**Agnieszka Karolina Schvartz-Poludniewska, Appellant**

**v.**

**Clement Schvartz, Appellee**

---

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on March 21, 2025. Agnieszka Karolina Schvartz-Poludniewska has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.